# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SAUNDRA V. WHITE**

                **V.**            **CASE NUMBER: 5:07-CV-349(NPM/GJD)**

**WACKENHUT SECURITY CONTRACTORS;**
**et al.**

**[ ]**      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing this action due to Plaintiff's failure to state a claim upon which relief can be granted pursuant to the Decision and Order of the Hon. Neal P. McCurn dated August 20, 2007.

DATED:    August 21, 2007

                                                  Clerk of Court

LKB:lmp